# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| v. | NO. 18-502-1 |
| IRVING ADAMS | |

## O R D E R

**AND NOW**, this 7th day of July, 2021, upon consideration of Defendant's Pro Se Motion for Compassionate Release (ECF 38 & 43), and the Government's Response thereto (ECF 45 & 46), **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

**BY THE COURT:**

*/s/ Wendy Beetlestone*
_____
**WENDY BEETLESTONE, J.**